UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. __5:23CV-28-BJB__
*Electronically Filed*

DAVID GUESS            PLAINTIFF

vs.

THE CITY OF PADUCAH, *et al.*            DEFENDANTS

## NOTICE OF REMOVAL

Come the Defendants, City of Paducah, Mayor George Bray, Commissioner Sandra Wilson, Commissioner Raynarldo Henderson, and Commissioner Robert Smith, by counsel, and for their Notice of Removal of this lawsuit to the United States District Court for the Western District of Kentucky at Paducah, state as follows:

1. The City of Paducah, Mayor George Bray, Commissioner Sandra Wilson, Commissioner Raynarldo Henderson and Commissioner Robert Smith are named Defendants in a lawsuit filed by Plaintiff David Guess on January 23, 2023 in the McCracken Circuit Court, McCracken County, Kentucky; Civil Action No. 23-CI-00071.

2. Defendants first received notice of this action by personal service on January 25, 2023.

3. This action is a civil action in which Plaintiff appeals his removal from office pursuant to KRS 83A.040(9) and seeks damages in accordance with 42 U.S.C. § 1983 arising from his removal from office on January 17, 2023.

4. This action is within the Court's original jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441, insomuch as:

      a.   In his Appeal and Complaint, Plaintiff, David Guess, asserts claims for violation of his constitutional rights in contravention of 42 U.S.C. § 1983, claims for which the United States District Courts are bestowed with original jurisdiction pursuant to the statutes cited herein; and,

      b.   In his Complaint, Plaintiff, David Guess, alleges violations of the First and Fourteenth Amendments to the United States Constitution, claims for which the United States District Courts are bestowed with original jurisdiction pursuant to the statutes cited herein.

5.    Attached hereto is a true and accurate copy of the Appeal and Complaint served on Defendants in the referenced McCracken Circuit Court action as well as Plaintiff's Motion for a Restraining Order, Plaintiff's Motion for Temporary Injunction, Plaintiff's Motion for RAP 21 Relief During Pendency of Appeal, Defendants' Motion to Sever, Defendant's Motion to Amend, Alter, or Vacate, and all Responses and Replies to said Motions. These constitute all pleadings filed and served in this action.

6.    This Notice is filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in this action, and the time for filing this Notice under the statutes of the United States has not expired.

7.    This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

Wherefore, Defendants City of Paducah, Mayor George Bray, Commissioner Sandra Wilson, Commissioner Raynarldo Henderson and Commissioner Robert Smith, by counsel, notifies the Court of its removal of this action from the McCracken Circuit Court, McCracken County, Kentucky.

Respectfully submitted,

/s/ Carol S. Petitt
Carol Schureck Petitt
Jackson C. Cooper
VAUGHN PETITT LEGAL GROUP, PLLC
7500 West Highway 146
Pewee Valley, Kentucky 40056
cpetitt@vplegalgroup.com
jcooper@vplegalgroup.com
(502) 243-9797
COUNSEL FOR PADUCAH
APPELLEES/DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2023 a true and accurate copy of the foregoing was filed and sent via electronic service through the Kentucky Court of Justice electronic filing system and/or electronically served via electronic mail and/or U.S. Mail to:

| | |
|---|---|
| David T. Riley<br>1634 Broadway Street<br>Paducah, Kentucky 42001<br>driley@kentuckylawyers.com<br>COUNSEL FOR DAVID GUESS | Mayor George Bray<br>300 South 5th Street<br>Paducah, Kentucky 42002<br>gbray@paducahky.gov |
| Stacey A. Blankenship<br>Keuler, Kelly, Hutchins, Blankenship & Sigler<br>100 South 4th Street, Suite 400<br>Paducah, Kentucky 42001<br>sblankenship@kkhblaw.com<br>COUNSEL FOR BOARD OF COMMISSIONERS | Lindsay Parish<br>300 South 5th Street<br>P.O. Box 2267<br>Paducah, Kentucky 42002-2267<br>lparish@paducahky.gov<br>CITY CLERK |

/s/ Carol S. Petitt

VAUGHN PETITT LEGAL GROUP, PLLC