UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

D<small>AVID</small> G<small>UESS</small>　　　　　　　　　　　　　　　　　　　　　　　P<small>LAINTIFF</small>

v.　　　　　　　　　　　　　　　　　　　　　　　　　No. 5:23-cv-28-BJB

C<small>ITY OF</small> P<small>ADUCAH</small>, <small>ET AL</small>.　　　　　　　　　　　　　　　　　　D<small>EFENDANTS</small>

### <u>O<small>RDER</small></u>

　　　The Defendants removed this case from McCracken County Circuit Court under 28 U.S.C. § 1441(a) and this Court's federal-question jurisdiction. DN 1. As explained in this Court's prior opinion, the Court then remanded Guess's state-claims to McCracken Circuit Court while retaining jurisdiction over and staying the federal claims. DN 8. All parties recently submitted a filing indicating that they have resolved those state-law claims, asked the state court to dismiss the case, and seek this Court's dismissal of the remaining federal claims. DN 10. Accordingly, this case stands dismissed with prejudice under F<small>ED</small>. R. C<small>IV</small>. P. 41(a)(1)(A)(ii) and the Court strikes it from the active docket.

　　　　　　　　　　　　　　　　　　　　　　　　　Benjamin Beaton, District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　October 27, 2023